**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
In re:                                                        :
                                                              :
BICENT HOLDINGS LLC,                                          :    Chapter 11
a Delaware limited liability company,                         :
                                                              :    Case No. 12-11304 (KG)
                              Debtor.                         :
                                                              :
Employer Tax I.D. No. xx-xxx9347                              :
------------------------------------------------------------  x
In re:                                                        :
                                                              :
BICENT R.F. LLC,                                              :    Chapter 11
a Delaware limited liability company,                         :
                                                              :    Case No. 12-11305 (KG)
                              Debtor.                         :
                                                              :
Employer Tax I.D. No. xx-xxx8269                              :
------------------------------------------------------------  x
In re:                                                        :
                                                              :
BICENT FUNDING LLC,                                           :    Chapter 11
a Delaware limited liability company,                         :
                                                              :    Case No. 12-11306 (KG)
                              Debtor.                         :
                                                              :
Employer Tax I.D. No. xx-xxx2270                              :
------------------------------------------------------------  x
In re:                                                        :
                                                              :
BICENT POWER LLC,                                             :    Chapter 11
a Delaware limited liability company,                         :
                                                              :    Case No. 12-11307 (KG)
                              Debtor.                         :
                                                              :
Employer Tax I.D. No. xx-xxx8567                              :
------------------------------------------------------------  x
```

In re:                                                  :
                                                        :
COLORADO ENERGY MANAGEMENT, LLC,                        :
a Colorado limited liability company,                   :       Chapter 11
                                                        :
                              Debtor.                   :       Case No. 12-11308 (KG)
                                                        :
Employer Tax I.D. No. xx-xxx8296                        :
-------------------------------------------------------------- x
In re:                                                  :
                                                        :
CEM ENERGY SERVICES, INC.,                              :       Chapter 11
a Delaware corporation,                                 :
                                                        :       Case No. 12-11309 (KG)
                              Debtor.                   :
                                                        :
Employer Tax I.D. No. xx-xxx9642                        :
-------------------------------------------------------------- x
In re:                                                  :
                                                        :
COLORADO COGEN OPERATORS, LLC,                          :       Chapter 11
a Colorado limited liability company,                   :
                                                        :       Case No. 12-11310 (KG)
                              Debtor.                   :
                                                        :
Employer Tax I.D. No. xx-xxx3737                        :
-------------------------------------------------------------- x
In re:                                                  :
                                                        :
SAN JOAQUIN COGEN, L.L.C.,                              :       Chapter 11
a Delaware limited liability company,                   :
                                                        :       Case No. 12-11311 (KG)
                              Debtor.                   :
                                                        :
Employer Tax I.D. No. xx-xxx8299                        :
-------------------------------------------------------------- x
In re:                                                  :
                                                        :
ROCKY MOUNTAIN POWER, LLC,                              :       Chapter 11
a Delaware limited liability company,                   :
                                                        :       Case No. 12-11312 (KG)
                              Debtor.                   :
                                                        :
Employer Tax I.D. No. xx-xxx7088                        :
-------------------------------------------------------------- x

2

01:12036465.1

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| HARTWELL, LLC, | : | Chapter 11 |
| a Delaware limited liability company, | : | |
| | : | Case No. 12-11314 (KG) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. (N/A) | : | |
| ------------------------------------------------------------------ | x | |
| In re: | : | |
| | : | |
| HARTWELL POWER COMPANY, | : | Chapter 11 |
| a Delaware corporation, | : | |
| | : | Case No. 12-11315 (KG) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx5414 | : | |
| ------------------------------------------------------------------ | x | |
| In re: | : | |
| | : | |
| HARTWELL INDEPENDENT POWER PARTNERS, | : | Chapter 11 |
| LLC, a Delaware limited liability company, | : | |
| | : | Case No. 12-11316 (KG) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. (N/A) | : | |
| ------------------------------------------------------------------ | x | |
| In re: | : | |
| | : | |
| HART COUNTY IPP, LLC, | : | Chapter 11 |
| a Delaware limited liability company, | : | |
| | : | Case No. 12- 11317 (KG) |
| Debtor. | : | |
| | : | **Re: Docket No. 3** |
| Employer Tax I.D. No. xx-xxx7194 | : | |
| ------------------------------------------------------------------ | x | |

3

## ORDER AUTHORIZING JOINT ADMINISTRATION
## PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the motion (the "Motion")[1] of Bicent Holdings LLC and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors") for entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' cases under chapter 11 of the Bankruptcy Code; and upon the First Day Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b) and that venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1.      The Motion is GRANTED, as set forth herein.

2.      The above-captioned cases are consolidated for procedural purposes only, and shall not be a substantive consolidation of the respective estates. These cases shall be administered jointly under Case No. 12-11304 (KG) in accordance with the provisions of

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

```
------------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
BICENT HOLDINGS LLC, et al.,[1]           :    Case No.  12-11304 (KG)
                                          :
         Debtors.                         :    Jointly Administered
                                          :
------------------------------------------------------------- x
```

       3.     All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Bicent Holdings LLC, a Delaware limited liability company, Case No. 12-11304 (KG), and a docket entry shall be made in the other Debtors' Chapter 11 Cases substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Bicent Holdings LLC, Bicent R.F. LLC, Bicent Funding LLC, Bicent Power LLC, Colorado Energy Management, LLC, CEM Energy Services, Inc., Colorado Cogen Operators, LLC, San Joaquin Cogen, L.L.C., Rocky Mountain Power, LLC, Hartwell, LLC, Hartwell Power Company, Hartwell Independent Power Partners, LLC, and Hart County IPP, LLC. The docket in the chapter 11 case of Bicent Holdings LLC, Case No. 12-11304 (KG), should be consulted for all matters affecting this case.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bicent Holdings LLC (9347); Bicent R.F. LLC (8269); Bicent Funding LLC (2270); Bicent Power LLC (8567); Colorado Energy Management, LLC (8296); CEM Energy Services, Inc. (9642); Colorado Cogen Operators, LLC (3737); San Joaquin Cogen, L.L.C. (8299); Rocky Mountain Power, LLC (7088); Hartwell, LLC (N/A); Hartwell Power Company (5414); Hartwell Independent Power Partners, LLC (7195); Hart County IPP, LLC (7194). The Debtors' mailing address is 2575 Park Lane, 2nd Floor, Lafayette, Colorado 80026.

01:12036465.1

4.    This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation or interpretation of this Order.

Dated: *April 24*, 2012
      Wilmington, Delaware

                               The Honorable Kevin Gross
                               Chief United States Bankruptcy Judge

6