IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                               :  Chapter 11
                                                     :
BICENT HOLDINGS LLC, et al.,[1]                      :  Case No. 12-11304 (KG)
                                                     :
                                                     :  Jointly Administered
             Debtors.                                :
                                                     :  Re: Docket Nos. 173 and 186
                                                     :
---------------------------------------------------- x

## NOTICE OF AMENDMENTS TO (I) THE SCHEDULES OF ASSETS AND LIABILITIES AND (II) STATEMENT OF FINANCIAL AFFAIRS OF BICENT POWER LLC

PLEASE TAKE NOTICE that on June 7, 2012, Bicent Power LLC ("Bicent Power"), one of the above-captioned debtors and debtors in possession (the "Debtors") filed its Schedules of Assets and Liabilities [Docket No. 173] (the "Schedules") and Statement of Financial Affairs [Docket No. 186] (the "SOFA").[2]

PLEASE TAKE FURTHER NOTICE that on the date hereof, Bicent Power filed an amendment to Schedule B16 of the Schedules, attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that on the date hereof, Bicent Power filed an amendment to Question 3c to the SOFA, attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to dispute, or to assert offsets or defenses against, any filed claim as to nature, amount, liability,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bicent Holdings LLC (9347); Bicent R.F. LLC (8269); Bicent Funding LLC (2270); Bicent Power LLC (8567); Colorado Energy Management, LLC (8296); CEM Energy Services, Inc. (9642); Colorado Cogen Operators, LLC (3737); San Joaquin Cogen, L.L.C. (8299); Rocky Mountain Power, LLC (7088); Hartwell, LLC (N/A); Hartwell Power Company (5414); Hartwell Independent Power Partners, LLC (7195); Hart County IPP, LLC (7194). The Debtors' mailing address is 2575 Park Lane, 2nd Floor, Lafayette, Colorado 80026.

[2] All amendments attached hereto are subject to the Global Notes filed with the Schedules and the SOFA.

01:12218402.1

classification, or otherwise. Nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

Dated: June 22, 2012  YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                          /s/ Andrew L. Magaziner
Pauline K. Morgan (No. 3650)
Joel A. Waite (No. 2925)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:12218402.1

2