# EXHIBIT 1

01:12218402.1

# AMENDING

In re: BICENT POWER LLC                                          Case No. 12-11307
　　　　　　　　　　　Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. ACCOUNTS RECEIVABLE. | | ***ADDITION*** <br> ACCOUNTS RECEIVABLE - BICENT CA <br> ***DELETED*** <br> MISCELLANEOUS RECEIVABLE - NON-DEBTORS | | $225,641.75 <br><br><br> $225,641.75 |
| | | Total | | $225,641.75 |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | |

Schedule of Personal Property -
Sheet no. 1 of 1

In re: BICENT POWER LLC                                                                    Case No. 12-11307

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Christopher L. Ryan, the Chief Financial Officer of Bicent Power LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date June 22, 2012                     Signature  _____
                                                  Christopher L. Ryan
                                                  Chief Financial Officer

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT 2

01:12218402.1

## Statement of Financial Affairs - Amended Exhibit 3c
## Bicent Power LLC   12-11307

| Payment Date | Name | Relationship to Debtor | Amount | Description |
|---|---|---|---|---|
| 4/29/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $57,000.00 | CORPORATE EXPENDITURE |
| 5/4/2011 | BIV GENERATION | AFFILIATE COMPANY | $71,500.00 | INTERCOMPANY TRANSFER FUNDING |
| 5/4/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $55,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 5/9/2011 | NATURAL GAS PARTNERS | SHAREHOLDER | $6,726.38 | DIRECTOR EXPENSE REIMBURSEMENT |
| 5/16/2011 | BIV GENERATION | AFFILIATE COMPANY | $71,500.00 | INTERCOMPANY TRANSFER FUNDING |
| 5/16/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $55,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 6/1/2011 | BIV GENERATION | AFFILIATE COMPANY | $370,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 6/1/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $211,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 6/8/2011 | NATURAL GAS PARTNERS | SHAREHOLDER | $5,000.00 | DIRECTOR FEES |
| 6/15/2011 | BIV GENERATION | AFFILIATE COMPANY | $62,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 6/15/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $55,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 7/1/2011 | BIV GENERATION | AFFILIATE COMPANY | $198,500.00 | INTERCOMPANY TRANSFER FUNDING |
| 7/1/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $80,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 7/7/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $56,000.00 | CORPORATE EXPENDITURE |
| 7/7/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $56,000.00 | CORPORATE EXPENDITURE |
| 7/7/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |
| 7/25/2011 | BIV GENERATION | AFFILIATE COMPANY | $198,500.00 | INTERCOMPANY TRANSFER FUNDING |
| 7/25/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $80,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 8/1/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |
| 8/3/2011 | BIV GENERATION | AFFILIATE COMPANY | $41,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 8/11/2011 | NATURAL GAS PARTNERS | SHAREHOLDER | $5,000.00 | DIRECTOR FEES |
| 8/11/2011 | NATURAL GAS PARTNERS | SHAREHOLDER | $3,017.79 | DIRECTOR EXPENSE REIMBURSEMENT |
| 8/18/2011 | BIV GENERATION | AFFILIATE COMPANY | $103,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 8/30/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |
| 9/1/2011 | BIV GENERATION | AFFILIATE COMPANY | $85,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 9/1/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $67,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 9/20/2011 | BIV GENERATION | AFFILIATE COMPANY | $84,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 9/20/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $66,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 10/3/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |

| Payment Date | Name | Relationship to Debtor | Amount | Description |
|---|---|---|---:|---|
| 10/4/2011 | BIV GENERATION | AFFILIATE COMPANY | $98,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 10/4/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $71,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 10/18/2011 | BIV GENERATION | AFFILIATE COMPANY | $70,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 10/18/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $70,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/1/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |
| 11/1/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |
| 11/1/2011 | BIV GENERATION | AFFILIATE COMPANY | $86,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/1/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $71,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/14/2011 | BIV GENERATION | AFFILIATE COMPANY | $86,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/14/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $71,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/28/2011 | BEOWULF ENERGY | MANAGEMENT COMPANY | $55,000.00 | CORPORATE EXPENDITURE |
| 11/30/2011 | BIV GENERATION | AFFILIATE COMPANY | $92,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/30/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $83,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 11/30/2011 | NATURAL GAS PARTNERS | SHAREHOLDER | $5,000.00 | DIRECTOR FEES |
| 12/14/2011 | BIV GENERATION | AFFILIATE COMPANY | $91,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 12/14/2011 | COLORADO POWER PARTN | AFFILIATE COMPANY | $83,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 1/3/2012 | BEOWULF ENERGY | MANAGEMENT COMPANY | $1,000,000.00 | MANAGEMENT FEE |
| 1/9/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $14,360.00 | INTERCOMPANY TRANSFER FUNDING |
| 1/23/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $38,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 1/30/2012 | BEOWULF ENERGY | MANAGEMENT COMPANY | $500,000.00 | MANAGEMENT FEE |
| 1/30/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $30,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 2/6/2012 | BIV GENERATION | AFFILIATE COMPANY | $46,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 2/6/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $73,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 2/13/2012 | BIV GENERATION | AFFILIATE COMPANY | $1,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 2/21/2012 | BIV GENERATION | AFFILIATE COMPANY | $42,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 2/27/2012 | BIV GENERATION | AFFILIATE COMPANY | $90,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/5/2012 | BIV GENERATION | AFFILIATE COMPANY | $66,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/5/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $51,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/12/2012 | BIV GENERATION | AFFILIATE COMPANY | $3,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/12/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $5,000.00 | INTERCOMPANY TRANSFER FUNDING |

| Payment Date | Name | Relationship to Debtor | Amount | Description |
|---|---|---|---|---|
| 3/19/2012 | BIV GENERATION | AFFILIATE COMPANY | $50,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/19/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $34,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/26/2012 | BIV GENERATION | AFFILIATE COMPANY | $42,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 3/26/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $50,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/2/2012 | BIV GENERATION | AFFILIATE COMPANY | $26,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/2/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $30,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/5/2012 | BEOWULF ENERGY | MANAGEMENT COMPANY | $32,890.00 | CORPORATE EXPENDITURE |
| 4/5/2012 | BIV GENERATION | AFFILIATE COMPANY | $29,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/5/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $13,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/9/2012 | BIV GENERATION | AFFILIATE COMPANY | $11,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/12/2012 | BEOWULF ENERGY | MANAGEMENT COMPANY | $1,250,000.00 | MANAGEMENT FEE |
| 4/13/2012 | BIV GENERATION | AFFILIATE COMPANY | $24,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/20/2012 | BIV GENERATION | AFFILIATE COMPANY | $631,000.00 | INTERCOMPANY TRANSFER FUNDING |
| 4/20/2012 | COLORADO POWER PARTN | AFFILIATE COMPANY | $339,000.00 | INTERCOMPANY TRANSFER FUNDING |
| | | **Grand Total:** | **$8,025,994.17** | |

In re: Bicent Power LLC                                              Case No. 12-11307

# DECLARATION CONCERNING DEBTOR'S
# AMENDED STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Christopher L. Ryan, the Chief Financial Officer of Bicent Power LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date June 22, 2012                    Signature _____
                                                Christopher L. Ryan
                                                Authorized Signor

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.