IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
BICENT HOLDINGS LLC, *et al.*,[1]                                :   Case No. 12-11304 (KG)
                                                                 :
       Reorganized Debtors.                                       :   Jointly Administered
                                                                 :
                                                                 :   **Re: Docket No. 436**
                                                                 :
---------------------------------------------------------------- x

### FINAL DECREE CLOSING CERTAIN CASES AND AMENDING CAPTION OF REMAINING CASE *NUNC PRO TUNC* TO THE EFFECTIVE DATE

Upon the motion (the "Motion")[2] of Bicent Holdings LLC and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Reorganized Debtors") for entry of an order closing the Closing Cases and changing the caption of the Remaining Case; upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bicent Holdings LLC (9347); Bicent R.F. LLC (8269); Bicent Funding LLC (2270); Bicent Power LLC (8567); Colorado Energy Management, LLC (8296); CEM Energy Services, Inc. (9642); Colorado Cogen Operators, LLC (3737); San Joaquin Cogen, L.L.C. (8299); Rocky Mountain Power, LLC (7088); Hartwell, LLC (N/A); Hartwell Power Company (5414); Hartwell Independent Power Partners, LLC (7195); Hart County IPP, LLC (7194). The Reorganized Debtors' mailing address is 2575 Park Lane, 2nd Floor, Lafayette, Colorado 80026.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:12329706.4

interest of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation, and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The caption of the Remaining Case shall be changed to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
BICENT HOLDINGS LLC,[1]                                      :   Case No. 12-11304 (KG)
                                                             :
      Reorganized Debtor.                                    :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
```

3. Each of following cases shall be closed, effective as of the Effective Date:

- Bicent R.F. LLC (8269), Case No. 12-11305
- Bicent Funding LLC (2270), Case No. 12-11306
- Bicent Power LLC (8567), Case No. 12-11307
- Colorado Energy Management, LLC (8296), Case No. 12-11308
- CEM Energy Services, Inc. (9642), Case No. 12-11309
- Colorado Cogen Operators, LLC (3737), Case No. 12-11310
- San Joaquin Cogen, L.L.C. (8299), Case No. 12-11311
- Rocky Mountain Power, LLC (7088), Case No. 12-11312

---

[1] The Reorganized Debtor in this proceeding, along with its last four digits of its federal tax identification number, is Bicent Holdings LLC (9347). The Reorganized Debtor's mailing address is 2575 Park Lane, 2nd Floor, Lafayette, Colorado 80026.

01:12329706.4

- Hartwell, LLC (N/A), Case No. 12-11314
- Hartwell Power Company (5414), Case No. 12-11315
- Hartwell Independent Power Partners, LLC (7195), Case No. 12-11316
- Hart County IPP, LLC (7194), Case No. 12-11317

4. A docket entry shall be made in each of the Closing Cases reflecting the entry of this Order.

5. The entry of this final decree is without prejudice to the rights of any party to seek to reopen these cases pursuant to section 350(b) of the Bankruptcy Code.

6. The Reorganized Debtors shall complete all remaining quarterly reports and pay all quarterly fees due and owing in the Closing Cases within 30 days of entry of this Order.

Dated: Wilmington, Delaware
Oct. 23, 2012

_____
Kevin Gross
Chief United States Bankruptcy Judge

01:12329706.4

3